UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARVEY GORDON,<br>Plaintiff,<br><br>v.<br><br>THE COOPER COMPANIES, INC., a foreign corporation, COOPERVISION, INC. a foreign corporation and COOPERSURGICAL, INC. a foreign corporation,<br>Defendants. | Case No: 13-CV-04441 |

## MOTION FOR ENTRY OF A JUDGMENT IN FAVOR OF THE PLAINTIFF OR, IN THE ALTERNATIVE, TO COMPEL DEFENDANTS AND EXTEND FACT DISCOVERY FOR THE PLAINTIFF

The plaintiff, HARVEY GORDON, by his attorneys RAPAPORT & HERZBERG, for his Motion for Entry of a Judgment in Favor of the Plaintiff or, in the Alternative, to Compel Defendants and Extend Fact Discovery for the Plaintiff, states as follows:

1. On July 16, 2014, Plaintiff served the defendants with Amended Interrogatories to All Defendants and Amended Request for Production of Documents to All Defendants. A true and correct copy of the Proof of Service is attached as Exhibit 1.

2. As of the date of the preparation of this motion, Plaintiff has still yet to receive discovery responses from the Defendants. It should be noted that the Plaintiff's initial set of discovery responses were responded to by the defendants with objections to every interrogatory and request for documents, and no disclosure of the identity of any of the representatives of the defendants. Those sets of discovery requests were served on the defendants on November 14, 2013.

1

3. All tolled, in over ten months of litigation, since the Defendants removed this case from state court to federal court, Defendants have provided absolutely no responses to two sets of Plaintiff's discovery requests, other than objections to all of the requests. Plaintiff has responded to all of Defendants' discovery requests, and has appeared for a deposition.

4. Plaintiff's counsel made numerous attempts, via telephone and email, to secure answers to the outstanding discovery, to no avail. Defendants' attorney has made numerous representations that the discovery responses would be forthcoming, but as of the date of the drafting of this motion plaintiff still has not received any answers to written discovery nor received any documents in response to requests for production of documents.

5. This Court has ordered that all fact discovery be completed by October 30, 2014. Plaintiff has been severely prejudiced from complying with the Court's order due to the Defendants' continued stonewalling of the Plaintiff with regard to producing responses to written discovery. Plaintiff therefore requests that a judgment be entered in his favor or, in the alternative, requests that defendants be compelled to respond to all outstanding written discovery, and that fact discovery be extended for the plaintiff.

WHEREFORE, Plaintiff, HARVEY GORDON, prays for entry of a judgment in his favor, and against the defendants, or in the alternative, prays for entry of an order

requiring the defendants to respond to the Amended Interrogatories and Amended Request for Production of Documents within seven (7) days, and extending fact discovery for the plaintiff. Plaintiff further prays for any and all other relief this court deems appropriate.

                                           Respectfully submitted
                                           HARVEY GORDON,
                                           Plaintiff,

                                    By: s/STEVEN I. RAPAPORT
                                             STEVEN I. RAPAPORT

STEVEN I. RAPAPORT (raplaw@ameritech.net)
STEVEN HERZBERG (herzlaw@ameritech.net)
LAW OFFICES OF RAPAPORT & HERZBERG
Attorneys for PLAINTIFF
630 Dundee Road - Suite 120 B
Northbrook, Illinois 60062-2749
Tel: 847-559-9270
Fax: 847-559-9280

EXHIBIT "1"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARVEY GORDON,<br>Plaintiff,<br><br>v.<br><br>THE COOPER COMPANIES, INC., a foreign corporation, COOPERVISION, INC. a foreign corporation and COOPERSURGICAL, INC. a foreign corporation,<br>Defendants. | Case No: 13-CV-04441 |

## PROOF OF SERVICE

On the 16th day of July, 2014 we served the defendants, via electronic mail, with plaintiff's Amended Interrogatories to All Defendants and Amended Request for Production of Documents to All Defendants.

Respectfully submitted,
HARVEY GORDON,
Plaintiff,

By: s/STEVEN I. RAPAPORT
STEVEN I. RAPAPORT

STEVEN I. RAPAPORT (raplaw@ameritech.net)
STEVEN HERZBERG (herzlaw@ameritech.net)
LAW OFFICES OF RAPAPORT & HERZBERG
Attorneys for PLAINTIFF
630 Dundee Road - Suite 120 B
Northbrook, Illinois 60062-2749
Tel: 847-559-9270
Fax: 847-559-9280